**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **WAYNE S. REED** : | Chapter 13 |
| | **DANIELLA LIVORNO REED,** : | |
| | : | |
| | Debtors : | Bky. No.  17-13317 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **October 3, 2017**, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim, any motions or adversary complaints, and any amended plans necessary to the confirmation of the Debtor's chapter 13 plan **on or before October 24, 2017**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

**Date: October 3, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**